1  DAVID R. SINGH (Bar No. 300840)
   david.singh@weil.com
2  WEIL, GOTSHAL & MANGES LLP
3  201 Redwood Shores Parkway, 4th Floor
   Redwood Shores, CA  94065
4  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
5
6  David J. Lender (*pro hac vice* forthcoming)
   david.lender@weil.com
7  Eric S. Hochstadt (*pro hac vice* forthcoming)
   eric.hochstadt@weil.com
8  Jennifer Brooks Crozier (*pro hac vice* forthcoming)
   jennifer.crozier@weil.com
9  Alexandra Rose (*pro hac vice* forthcoming)
   alexandra.rose@weil.com
10 WEIL, GOTSHAL & MANGES LLP
11 767 Fifth Avenue
   New York, New York 10153
12 Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
13
14 Attorneys for Defendants GOODRX, INC.
   and GOODRX HOLDINGS, INC.
15

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MINNESOTA INDEPENDENT PHARMACISTS, individually and on behalf of a class of those similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>GOODRX, INC.; GOODRX HOLDINGS, INC.; CVS CAREMARK CORP.; EXPRESS SCRIPTS, INC.; MEDIMPACT HEALTHCARE SYSTEMS, INC.; and NAVITUS HEALTH SOLUTIONS, LLC<br>        Defendants. | Case No. 2:24-cv-10297-CBM-SSC<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br><br>Earliest Complaint Served: 12/05/2024<br>Earliest Response Due: 12/26/2024<br>New Response Date: 01/10/2025<br><br>Honorable Judge Consuelo B. Marshall<br>United States District Judge |

1.       IT IS HEREBY STIPULATED and AGREED by and among Minnesota Independent Pharmacists ("Plaintiff") and GoodRx, Inc., GoodRx Holdings, Inc., CVS Caremark Corp., Express Scripts, Inc., MedImpact Healthcare Systems, Inc., and Navitus Health Solutions, LLC (collectively, "Defendants" and, together with Plaintiff, the "Parties"), by and through their attorneys undersigned, pursuant to Federal Rule of Civil Procedure 6(b), that:

1. Defendants' time to answer, file a motion with respect to, or otherwise respond to the Class Action Complaint filed by Plaintiff on November 27, 2024 [ECF No. 1] (the "Complaint") is extended from the current deadline for each Defendant to respond based on the date of service to Friday, January 10, 2025 (the "Extension Period").

2. Good cause exists for the agreed extension because seven other actions involving substantially similar defendants, making substantially similar allegations, and asserting substantially similar causes of action have been filed in two federal district courts (*Keaveny Drug, Inc. v. GoodRx, Inc., et al*, Case No. 2:24-cv-09379 in the United States District Court for the Central District of California; *Community Care Pharmacy, LLC v. GoodRx, Inc., et al.*, Case No. 2:24-cv-09490 in the United States District Court for the Central District of California; *Grey Dog IV d/b/a/ Ethos Wellness/Pharmacy v. GoodRx, Inc. et al.*, Case No. 2:24-cv-09858 in the United States District Court for the Central District of California; *Esco Drug Co. v. GoodRx, Inc., et al.*, Case No. 2:24-cv-10543 in the United States District Court for the Central District of California; *Old Baltimore Pike Apothecary, Inc., et al. v. GoodRx Holdings, Inc., et al.*, Case No. 1:24-cv-00453 in the United States District Court for the District of Rhode Island; *C&H Pharmacy Inc., et al. v. GoodRx Holdings, Inc.*, Case No. 1:24-cv-00498 in the United States District Court for the District of Rhode Island; and *Philadelphia Association of Retail Druggists v. GoodRx, Inc., et al.*, Case No. 1:24-cv-00508 in the United States District Court for the District of Rhode Island), and the Parties agree that the consolidation of these actions in one court of competent jurisdiction would promote the just, efficient, and fair resolution of the actions and conserve the courts' and the Parties' resources.

Moreover, the allegations in these complaints are complex.

3. IT IS FURTHER STIPULATED and AGREED that, during the Extension Period, none of the Parties shall seek or be required to provide the disclosures or discovery contemplated by Federal Rules of Civil Procedure 26, 30, 31, 33, 34, or 36.

4. IT IS FURTHER STIPULATED and AGREED that this stipulation does not constitute a waiver of any of the Parties' claims, rights, or defenses, including but not limited to the right to seek a further extension of Defendants' time to answer or otherwise respond to the Complaint or any other pleading filed by Plaintiff in the above-captioned action.

5. IT IS FURTHER STIPULATED and AGREED that, if Defendants answer, move, or otherwise plead with respect to a complaint in a related case pending in any district, Defendants will concurrently answer, move, or otherwise plead in response to the Complaint.

Dated: December 10, 2024

Respectfully submitted,

PEARSON WARSHAW, LLP

By: /s/ Daniel L. Warshaw
    DANIEL L. WARSHAW

Daniel L. Warshaw (Bar No. 185365)
Bobby Pouya (Bar No. 245527)
Naveed Abaie (Bar No. 323338)
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
dwarshaw@pwfirm.com
bpouya@pwfirm.com
nabaie@pwfirm.com

Heidi M. Silton (*pro hac vice* forthcoming)
David W. Asp (*pro hac vice* forthcoming)

|    |                              |                                                            |
|----|------------------------------|------------------------------------------------------------|
| 1  |                              | Joseph C. Bourne (Bar No. 308196)                          |
| 2  |                              | LOCKRIDGE GRINDAL NAUEN PLLP                               |
|    |                              | 100 Washington Avenue South, Suite 2200                    |
| 3  |                              | Minneapolis, MN  55401                                     |
| 4  |                              | Tel: (612) 339-6900                                        |
|    |                              | Fax: (612) 339-0981                                        |
| 5  |                              | hmsilton@locklaw.com                                       |
| 6  |                              | dwasp@locklaw.com                                          |
|    |                              | jcbourne@locklaw.com                                       |
| 7  |                              |                                                            |
| 8  |                              | Attorneys for Plaintiff MINNESOTA                          |
|    |                              | INDEPENDENT PHARMACISTS,                                   |
| 9  |                              |                                                            |
| 10 | Dated: December 10, 2024     | Respectfully submitted,                                    |
| 11 |                              | WEIL, GOTSHAL & MANGES LLP                                 |
| 12 |                              |                                                            |
|    |                              | By:  /s/ David R. Singh                                    |
| 13 |                              |       DAVID R. SINGH                                       |
| 14 |                              |                                                            |
| 15 |                              | David R. Singh (Bar No. 300840)                            |
|    |                              | WEIL, GOTSHAL & MANGES LLP                                 |
| 16 |                              | 201 Redwood Shores Parkway, 4th Floor                      |
| 17 |                              | Redwood Shores, CA  94065                                  |
|    |                              | Telephone: (650) 802-3000                                  |
| 18 |                              | Facsimile: (650) 802-3100                                  |
| 19 |                              | david.singh@weil.com                                       |
| 20 |                              | David J. Lender (*pro hac vice* forthcoming)               |
|    |                              | Eric S. Hochstadt (*pro hac vice*                          |
| 21 |                              | forthcoming)                                               |
| 22 |                              | Jennifer Brooks Crozier (*pro hac vice*                    |
|    |                              | forthcoming)                                               |
| 23 |                              | Alexandra Rose (*pro hac vice* forthcoming)                |
| 24 |                              | WEIL, GOTSHAL & MANGES LLP                                 |
|    |                              | 767 Fifth Avenue                                           |
| 25 |                              | New York, New York 10153                                   |
| 26 |                              | Telephone: (212) 310-8000                                  |
|    |                              | Facsimile: (212) 310-8007                                  |
| 27 |                              | david.lender@weil.com                                      |
| 28 |                              | eric.hochstadt@weil.com                                    |

jennifer.crozier@weil.com
alexandra.rose@weil.com

Attorneys for Defendants GOODRX, INC. and GOODRX HOLDINGS, INC.

By: */s/ Randy Luskey*
      RANDY LUSKEY

Randy Luskey  (Bar No. 240915)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
rluskey@paulweiss.com

Robert A. Atkins (*pro hac vice* forthcoming)
Jacqueline P. Rubin (*pro hac vice* forthcoming)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ratkins@paulweiss.com
jrubin@paulweiss.com

Attorneys for Defendant CVS CAREMARK CORP.

By: */s/ Mike Bonanno*
      MIKE BONANNO

Anthony P. Alden (Bar No. 232220)
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Telephone: (213) 443-3000
Facsimile: (213) 443-3100
anthonyalden@quinnemanuel.com

Mike Bonanno (*pro hac vice* forthcoming)
Meghan McCaffrey (*pro hac vice* forthcoming)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
mikebonanno@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com

Attorneys for Defendant EXPRESS SCRIPTS, INC.

By:  */s/ Michelle S. Lowery*
       MICHELLE S. LOWERY

Michelle S. Lowery (Bar No. 302882)
MCDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
mslowery@mwe.com

Richard Salgado (*pro hac vice* forthcoming)
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Telephone: (214) 295-1664
Facsimile: (972) 232-3098
richard.salgado@mwe.com

Attorneys for Defendant MEDIMPACT HEALTHCARE SYSTEMS, INC.

By: */s/ Robert J. Herrington*
ROBERT J. HERRINGTON

Robert J. Herrington (Bar No. 234417)
GREENBERG TRAURIG LLP
robert.herrington@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Gregory J. Casas (*pro hac vice* forthcoming)
casasg@gtlaw.com
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200

James Peacock (*pro hac vice* forthcoming)
James.Peacock@gtlaw.com
2200 Ross Avenue Suite 5200
Dallas TX 75201
Telephone: (214) 665-3600

Becky L. Caruso (*pro hac vice* forthcoming)
becky.caruso@gtlaw.com
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 443-3252

Attorneys for Defendant NAVITUS HEALTH SOLUTIONS, LLC

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i), David R. Singh hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*

STIPULATION FOR EXTENSION TO RESPOND   6   CASE NO. 2:24-CV-10297-CBM-SSC